JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT COURT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| NGHIEP DAO, an individual<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>CITY OF TUSTIN, a public entity,<br><br>　　　　　　Defendants. | Case No:SACV11-01886-CJC(MLGx)<br><br>BEFORE THE HONORABLE CORMAC J. CARNEY<br><br>ORDER RE DISMISSAL OF ENTIRE CASE |

　　The parties having so stipulated and good cause appearing, it is hereby ordered, decreed and adjudged that the Plaintiff's complaint be dismissed with prejudice in its entirety. Each side shall bear their own costs and attorneys' fees.

　　IT IS SO ORDERED

DATED:　1/8/13　　　　　_____
　　　　　　　　　　　　　HON. CORMAC J. CARNEY
　　　　　　　　　　　　　United States District Judge